UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY GIBBS,                                          No. 07-15462

            Plaintiff,                        District Judge Gerald E. Rosen

v.                                                      Magistrate Judge R. Steven Whalen

TIM BALL, ET.AL.,

            Defendants.

_____ /

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff, a *pro se* prison inmate in this civil rights action brought under 42 U.S.C. §1983, has filed a  motion for appointment of counsel [Docket #10].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases.  Rather, the Court requests members of the bar to assist in  appropriate cases.  In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right.  It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied.  A motion for summary judgment is presently pending [Docket #18].  At this point, Plaintiff's motion to appoint counsel is premature.  If Plaintiff's claims ultimately survive  dispositive motions, he may renew his motion for appointment of counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

[Docket #10] is **DENIED WITHOUT PREJUDICE**.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  December 16, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 16, 2008.


S/G. Wilson
Judicial Assistant